**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| David LaChapelle Studio Inc.<br><br>PLAINTIFF(S)<br>v.<br>Taboo Garden doing business as Sea Mountain Nude Spa Lifestyles Resort Hotel<br><br>DEFENDANT(S) | CASE NUMBER: 2:25-cv-01117-KS<br><br>**REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF COUNSEL** |

## INSTRUCTIONS

Generally, an attorney may withdraw from representing a party in a case without the Court's permission **if** another member of the attorney's firm or agency will continue to represent that party **and** the withdrawing attorney is not the only member in good standing of the Bar of this Court representing that party. In that circumstance, the withdrawing attorney should complete and file a "Notice of Appearance or Withdrawal of Counsel" (Form G-123), instead of this "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01).

Notably, however, Court permission for withdrawal or substitution **is** required if no member of the withdrawing attorney's firm or agency will remain as counsel of record. In such circumstances, the attorney(s) seeking to withdraw should complete and file this "Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01), and submit a proposed "Order on Request for Approval of Substitution or Withdrawal of Counsel" (Form G-01 Order).

If the circumstances surrounding an attorney's withdrawal or request to substitute other counsel are not covered by this Form G-01, the attorney may instead file a regularly noticed motion supported by a more detailed memorandum of points and authorities.

## SECTION I - WITHDRAWING ATTORNEY

*Please complete the following information for the attorney seeking to withdraw (provide the information as it currently appears on the docket; if the attorney appeared pro hac vice, enter "PHV" in the field for "CA Bar Number"):*

Name: Ben T Lila                                   CA Bar Number: 246808

Firm or agency:  Mandour & Associates, APC

Address:  8605 Santa Monica Blvd., Suite 1500, Los Angeles, CA 90069

Telephone Number:  858-487-9300

E-mail: blila@mandourlaw.com

Counsel of record for the following party or parties: Defendant Taboo Garden, Inc. doing business as Sea Mountain Nude Spa Lifestyles Resort

Other members of the same firm or agency also seeking to withdraw: _____

**SECTION II - NEW REPRESENTATION**

☐ No new counsel is necessary. The party or parties represented by the attorney(s) seeking to withdraw will continue to be represented by another attorney/firm who has already entered an appearance as counsel of record for that party or parties in this case, and who is a member in good standing of the Bar of this Court.

☐ The party or parties represented by the attorney(s) seeking to withdraw have not retained new counsel and wish to proceed *pro se*, as self-represented litigants.

☒ The party or parties represented by the attorney(s) seeking to withdraw have retained the following new counsel, who is a member in good standing of the Bar of this Court:

Name: Andrew J. Waxler                                    CA Bar Number: 113682

Firm or agency: Miller Waxler LLP

Address: 411 South Hewitt Street, Los Angeles, CA 90013

Telephone Number: 213-493-6400

E-mail: awaxler@millerwaxler.com

**SECTION III - SIGNATURES**

*Withdrawing Attorney*
I am currently counsel of record in this case, and am identified above in Section I as the "Withdrawing Attorney." I have given notice as required by Local Rule 83-2.3. I hereby request that I and any other attorney(s) listed in Section I be allowed to withdraw from this case.

Date: April 23, 2025          Signature: /s/ Ben T. Lila

                              Name: Ben T Lila

*New Attorney (if applicable)*
I have been retained to appear as counsel of record in this case, and my name and contact information are given above in Section II. I am a member in good standing of the Bar of this Court.

Date: April 25, 2025          Signature: [signature]

                              Name: Andrew J. Waxler

*Party Represented by Withdrawing Attorney*
I am currently represented by, or am an authorized representative of a party currently represented by, the Withdrawing Attorney listed above. I consent to the withdrawal of my current counsel, and to (*check if applicable*):

☒ substitution of counsel as specified above.

☐ representing myself *pro se* in this case.

Date: Apr 25 2025             Signature: *Julie Wohl*

                              Name: Julie M. Wohl
                              Title: Vice-President

**PROOF OF SERVICE**

STATE OF CALIFORNIA    )
COUNTY OF LOS ANGELES )

    I am employed in Los Angeles County. My business address is 411 South Hewitt Street, Los Angeles, CA 90013 where this mailing occurred. I am over the age of 18 years and am not a party to this cause. I am readily familiar with the practices of MILLER WAXLER LLP for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence is deposited with the United States Postal Service the same day in the ordinary course of business.

    On April 25, 2025, I served the foregoing documents on the interested parties in this action entitled as follows:

**XXXXXX**

[XX] by placing [ ] the original [X] true copies thereof enclosed in sealed envelopes addressed as follows:

**SEE ATTACHED SERVICE LIST**

[ ] (**BY MAIL**) I placed such envelope for collection and mailing on this date following ordinary business practices.

[ ] (**BY PERSONAL SERVICE**) I caused to be hand delivered such envelope to the addressee so indicated.

[XX] (**BY THE COURT'S ECF SYSTEM**) I caused each such document(s) to be transmitted electronically by posting such document electronically to the ECF website of the United States District Court for the District of California – Western, on all ECF- registered parties in the action.

[ ] (**BY FEDEX**) I am "readily familiar with the firm's practice of collection and processing correspondence for mailing via Express Mail (or another method of delivery providing for overnight delivery pursuant to *C.C.P.* § 1005(b)). Under that practice, it would be deposited with the United States Postal Service or other overnight delivery carrier (in this case, FedEx) on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.

[ ] (**STATE**) I declare under penalty of perjury that the foregoing is true and correct.

[XX] (**FEDERAL**) I declare that I am employed in the office of a member of the bar of this court at whose direction the services was made.

    Executed on April 25, 2025, at Redondo Beach, California.

                                          */s/ Rosanne T. Gambogi*
                                           Rosanne T. Gambogi

**SERVICE LIST**
**David LaChapelle Studio Inc. v. Taboo Garden**
**USDC Case No. 2:25-cv-01117-KS**

| | |
|---|---|
| Ben T Lila<br>Mandour & Associates, APC<br>8605 Santa Monica Blvd., Suite 1500<br>Los Angeles, CA 90069<br>Phone: 858-487-9300<br>Email: blila@mandourlaw.com | |

4838-9589-0012, v. 1