Lauren M. Hausman, (CA BAR NO. 349514)
**COPYCAT LEGAL PLLC**
113 N. San Vicente Blvd., Suite 232
Beverly Hills, CA 90211
T: (877) 437-6228
E: lauren@copycatlegal.com

Attorney for Plaintiff
DAVID LACHAPELLE STUDIO INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LACHAPELLE STUDIO INC., <br><br> Plaintiff, <br><br> v. <br><br> TABOO GARDEN, INC. d/b/a SEA MOUNTAIN NUDE SPA LIFESTYLES RESORT HOTEL, <br><br> Defendant. | Civil Action No. 2:25-cv-01117-KS <br><br> **STIPULATION FOR FILING OF FIRST AMENDED COMPLAINT** |

      Pursuant to Fed. R. Civ. P. 15(a)(2), plaintiff David LaChapelle Studio Inc. ("Plaintiff") and defendant Taboo Garden, Inc. d/b/a Sea Mountain Nude Spa Lifestyles Resort Hotel ("Defendant") hereby stipulate that Plaintiff shall be

1

allowed to file its First Amended Complaint in this lawsuit and Defendant shall have 21 days thereafter to respond to First Amended Complaint.

Respectfully submitted on April 30, 2025.

| | |
|---|---|
| COPYCAT LEGAL PLLC<br>113 N. San Vicente Blvd.<br>Suite 232<br>Beverly Hills, CA 90211<br>T: (877) 437-6228<br>E: lauren@copycatlegal.com<br><br>By: /s/ Lauren M. Hausman<br>Lauren M. Hausman, Esq.<br>(CA BAR NO. 349514) | MILLER WAXLER LLP<br>411 South Hewitt Street<br>Los Angeles, CA 90013<br>T: (213) 493-6400<br>E: awaxler@millerwaxler.com<br><br>By: /s/ Andrew J. Waxler<br>Andrew J. Waxler, Esq.<br>(CA BAR NO. 113682) |

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

/s/ Lauren M. Hausman
Lauren M. Hausman, Esq.