# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

David LaChapelle Studio Inc.

Plaintiff(s)

v.

Taboo Garden doing business as
Sea Mountain Nude Spa Lifestyles Resort Hotel

Defendant(s)

CASE NUMBER

2:25-cv-01117-KS

**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**

☒ The Court hereby orders that the request of:

Taboo Garden dba Sea Mountain Nude Spa Lifestyles Resort Hotel
*Name of Party*

☐ Plaintiff   ☒ Defendant   ☐ Other _____

☒ to substitute   Andrew J. Waxler   who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

Miller Waxler LLP, 411 South Hewitt Street
*Street Address*

Los Angeles, CA 90013
*City, State, Zip*

awaxler@millerwaxler.com
*E-Mail Address*

213-493-6400
*Telephone Number*

888-749-5812
*Fax Number*

113682
*State Bar Number*

as attorney of record instead of   Ben T Lila

*List all attorneys from same firm or agency who are withdrawing.*

Mandour & Associates, APC, 8605 Santa Monica Blvd., Suite 1500, Los Angeles, CA 90069

**is hereby** ☒ **GRANTED**   ☐ **DENIED**

☒ The Court hereby orders that the request of   Ben T Lila

*List all attorneys from same firm or agency who are withdrawing.*

to withdraw as attorney of record for   Taboo Garden dba Sea Mountain Nude Spa Lifestyles Resort Hotel

**is hereby** ☒ **GRANTED**   ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated   May 9, 2025

*Karen L. Stevenson*
~~U. S. District Judge~~/U.S. Magistrate Judge

G–01 ORDER (02/24)   (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY