JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.  2:25-cv-01117-KS | Date: December 5, 2025 |
| Title  *David LaChapelle Studio Inc. v. Taboo Garden, Inc.* | |

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

| Gay Roberson | N/A |
|:---:|:---:|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|:---:|:---:|
| N/A | N/A |

**Proceedings:   (IN CHAMBERS) ORDER RE: STIPULATION TO DISMISS CASE PURSUANT TO SETTLEMENT [DKT. NO. 39]**

  On October 22, 2025, the parties filed a Notice of Settlement indicating they reached a settlement agreement as to the entire case.  (Dkt. No. 37.)  That same day, the Court issued an order directing the parties to file a stipulation of dismissal with prejudice on or before December 8, 2025. (Dkt. No. 38.)  The parties timely filed the instant Stipulation to Dismiss Case Pursuant to Settlement signed by all parties on December 4, 2025.  ("Stipulation," Dkt. No. 39.)

  Rule 41 of the Federal Rules of Civil Procedure permits a plaintiff to voluntarily dismiss an action without court order by filing a notice of dismissal before the opposing party serves an answer (or motion for summary judgment) or a stipulation of dismissal signed by all parties who have appeared. Fed. R. Civ. P. 41(a)(1)(A).  In light of the parties' Notice of Settlement and signed Stipulation, the Court orders that this action is hereby DISMISSED WITH PREJUDICE.

  **IT IS SO ORDERED.**

|  | : |
|---|---|
| **Initials of Preparer** | gr |